UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ERIC JENNINGS,

                Plaintiff,

   -against-

VAN RU CREDIT CORPORATION,

                Defendant.
------------------------------------------------------------ x

**ORDER**

08 Civ. 1728 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

     A suggestion of settlement having been made, it is hereby ordered that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned.

     SO ORDERED.

Dated:    April 16, 2008
              New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/08