USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ERIC JENNINGS,

               Plaintiff,

   -against-

VAN RU CREDIT CORPORATION,

               Defendant(s).

----------------------------------------x

STIPULATION OF DISMISSAL

08 CV 1728

    Plaintiff, Eric Jennings, hereby voluntarily dismisses this action against defendant, Van Ru Credit Corporation, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other. ~~The Court is to retain jurisdiction for the purpose of enforcing the terms of the settlement of the parties~~

    An executed faxed copy of this Stipulation shall be deemed as a signed original.

This 14th day of April 2008

_Eric Jennings_
Plaintiff, Pro Se
Eric Jennings

1992 Madison Avenue #1
New York, NY 10035

_[signature]_
For the defendant
MEL S. HARRIS & ASSOCIATES, LLC
Arthur Sanders (AS1270)
5 Hanover Square, 8th Floor
New York, NY 10004

So ordered, as modified.
The Clerk shall mark the case "closed."
5/8/08
_[signature]_

## MEL S. HARRIS AND ASSOCIATES, LLC

| | ATTORNEYS AT LAW | |
|---|---|---|
| MEL S. HARRIS | 5 HANOVER SQUARE, 8th FLOOR | RICHARD ELLISON |
| DAVID WALDMAN | NEW YORK, NY 10004 | SCOTT W RTMAN |
| KERRY H. LUTZ | Tel: (212) 660-1050 | JOSHUA JUNGMAN |
| ARTHUR SANDERS | Fax: (646) 454-2104 | AMANDA PEREZ |
| SETH SCHLANGER | | JENNIFER MARZO |

May 1, 2008

Mr. Eric Jennings
c/o Steiner Properties, LLC
300 Saddle River Road
Airmont, NY 10952

Re:  Jennings v. Van Ru Credit Corporation

Dear Mr. Jennings:

Enclosed please find settlement check in the amount of 200.00. All negative entries previously placed on your credit repo t by Van Ru Credit Corporation have already been removed.

This office will now be filing a Stipulation of Dismissal.

Sincerely,

MEL S. HARRIS AND ASSOCIATES, LLC

By:  Arthur Sanders

/ctw

Enclosure

BOND UNIT, ATTN: D. WUJEK   2S1
1 TOWER SQUARE
HARTFORD, CT 06183                         CAP
A-101-BND-008105209-0000174182-0128

TRAVELERS

DISBURSEMENT
PROCESSING

Eric Jennings
1992 Madison Avenue
#1
NEW YORK NY 10035

FORMAT:         BD2
DATE:           04/14/08
PAYEE:          BND-008105209
CHECK NUMBER:   01354329
CHECK AMOUNT:   $********200.00

FOR PAYMENT INFORMATION
PHONE:          SEE BELOW

Claim: 037-EO-F0802101-RG, M Bond: 037-LB-0506JB7774
Mgr: Dennis Filas     Phone: (651) 310-8162
Insured: Van Ru Credit Corporation
claimant: Eric Jennings
Invoice N/A
Total          $200.00

---

0130

DETACH HERE                                                    DETACH HERE

TRAVELERS                                          CHECK NUMBER  01354329
                                                   FORMAT 3E
A-101-BND-008105209-0000174182-0128
                              61-44
                              119       Bank of America           DATE  04/14/08
FOR PAYMENT INFORMATION
PHONE:  SEE BELOW
        TWO HUNDRED AND NO/100 DOLLARS *******
PAY     ****************************************        $****** *200.00*******
        ****************************************

PAY     Eric Jennings
TO THE  1992 Madison Avenue
ORDER OF #1
        NEW YORK            NY   10035-1538

                                                        Douglas E. Russell
THIS CHECK HAS A RED BACKGROUND    FULL AND FINAL RELEASE   AUTHORIZED SIGNATURE

⑈01354329⑈ ⑆011900445⑆ 000000061233⑈